# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1063

L. R., et al v. Council Rock School District, et al

(U.S. District Court No.: 2-21-cv-03878)

**ORDER**

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 13, 2022
CJG/cc:  Ms. Kate Barkman
         Grace M. Deon, Esq.
         Ian Musselman, Esq.
         Sharon M. O'Donnell, Esq.
         Joseph J. Santarone Jr., Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate